UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | §   NO:  SA:21-CR-00005(1)-FB |
| | § |
| (1) Charles Allen Scott | § |

### ORDER REVOKING SUPERVISED RELEASE AND RESENTENCING THE DEFENDANT

On the 4th day of June, 2024 came on to be considered the Government's motion to revoke the defendant's supervised release *[doc. #39]*. After due consideration, including consideration of all statutorily-required factors and the revocation policy statements, the Court finds the defendant has violated the conditions of supervised release as alleged by the Government, and that the ends of justice and the best interests of the public will not be served by continuing the defendant on supervised release. Accordingly, for reasons pronounced at sentencing and set forth in the motion to revoke,

**IT IS ORDERED** that:

The Government's motion to revoke the defendant's supervised release *[doc. #39]* is **GRANTED**, and the terms of supervised release originally imposed on **July 27, 2021** are hereby **REVOKED** and set aside pursuant to 18 U.S.C. § 3583(e)(3), (g)(1), and (g)(4).

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the Federal Bureau of Prisons for a period of ***TIME SERVED.***

**IT IS FURTHER ORDERED** the defendant shall remain in United States Marshall custody until bed space becomes available in an in-patient drug treatment program designated by the United States Probation Department.

**IT IS FURTHER ORDERED** the defendant shall serve **THREE (3) years of**

**reimposed supervised release.** The defendant shall comply with all previously imposed Special, Mandatory, and Standard conditions.

Signed this **7th day of June, 2024.**

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE