PROB 12B
(7/93)

FILED
October 28, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jaemie Herndon_____
                     DEPUTY

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Charles Allen Scott | Case Number: 5:21-CR-00005-FB(1) |
| Name of Sentencing Judicial Officer: | Honorable Fred Biery, United States District Judge |
| Date of Original Sentence: | July 27, 2021 |
| Original Offense: | Felon in Possession of Ammunition, in violation of 18 U.S.C. §§922(g)(1) |
| Original Sentence: | Thirty (30) months custody, followed by (3) years supervised release, and $100 special assessment |
| Type of Supervision: Supervised Release | Date Supervision Commenced: June 24, 2024 |

### PREVIOUS COURT ACTION

**Report on Offender Under Supervision:** On September 12, 2023, a report (12A) was submitted to the Court advising of a positive urinalysis for cocaine. No action was requested to give the offender the opportunity to participate in outpatient treatment. The Court agreed and signed the violation report on September 13, 2023.

**Petition for Warrant or Summons for Offender Under Supervision:** On April 23, 2024, Probation Form 12C, a petition for warrant or summons for offender under supervision was submitted to the Court advising of positive drug use for cocaine on January 10, 2024, and March 21, 2024. Additionally, Scott submitted diluted specimens on December 15, 2023, February 12, 2024, and on March 21, 2024.

**Revocation:** On June 7, 2024, Scott's supervise releases was revoked and sentenced to Time Served (approximately 55 days) followed by Three (3) years of supervised release with a special condition that he remain in custody until a bed is available at inpatient center.

**Amended Revocation:** On June 17, 2024, Scott's term of supervised release was modified to Thirty-Four (34) months to take into consideration a bed space had been secured for June 24, 2024, and the time he had been in custody.

### PETITIONING THE COURT

☐ To extend the term of supervision __ years, for a total of __ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall participate in an anger management course as directed by the probation officer. The defendant shall pay the cost of the program if financially able.**

Scott, Charles Allen
5:21-CR-00005
October 10, 2024

## CAUSE

Mr. Scott commenced his second term of supervised releases on June 24, 2024. Scott has a criminal history category of III with an adult criminal record that includes arrests for Resisting Arrest, Aggravated Assault with a Deadly Weapon, Unlawful Carrying of a Weapon, Terroristic Threat, Criminal Trespass, and Assault Family Injured, Driving While Intoxicated, and Possession of a Controlled Substance.

On June 24, 2024, Scott was released from custody and commenced his inpatient care at Christian Farms Treehouse in Temple, Texas. On August 1, 2024, this officer was informed from staff at Christian Farm Treehouse that Mr. Scott was going to be discharged immediately due to an allegation stating Scott hit a peer in the jaw. Scott's projected completion date for inpatient care was scheduled for August 7, 2024. Scott denied all allegations that he had assaulted his fellow peer.

The United States Probation Office respectfully recommends no action be taken at this time in order to allow Mr. Scott to complete an anger management course and complete outpatient drug treatment where he has been placed on zero tolerance. Mr. Scott is in agreement and has signed a Probation Form 49, which is attached.

Should Mr. Scott incur any more violations of his conditions of supervised release, the Court will be promptly notified.

Approved: *[signature: Jennifer R Cordova]*

Jennifer R. Cordova
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5365

Respectfully submitted,

*[signature: Virginia Verdin]*

Virginia Verdin
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5348
Date: October 10, 2024

cc:   William F. Calve
      Assistant U.S. Attorney

      Brenda Olivarri
      Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other _____

*[signature: Fred Biery]*

Honrable Fred Biery
U.S. District Judge

October 28, 2024
Date

PROB 49
(3/89)

# United States District Court
## Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall participate in an anger management course as directed by the probation officer. The defendant shall pay the cost of the program if financially able.

Witness: _Virginia Verdin_
Virginia Verdin
U.S. Probation Officer

Signed: _Charles Scott_
Charles Allen Scott
Probationer or Supervised Releasee

10/04/24
Date